# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CHRISTOPHER B. SANDS
PLAINTIFFS

V.

WARDEN: DANA METZGER...
CAPTIAN: BRUCE BURTON...
TREATMENT ADMINISTRATOR: STACIE HOLLIS...
MENTAL HEALTH ADMINISTRATOR: PAULO MUNZOZ...
DOCTOR: _____ TIMME...
DOCTOR: _____ CARDEN...
CLINICIAN: _____ TYLER...
COUNSELOR: KELLY EMBER...
CORPROL: RAY PARSONS...
SGT _____ BECKLES...

DEFENDANTS

AMENDED COMPLAINT...

**Civ. Action No.** 19-02151-CFC
(To be assigned by Clerk's
Office)

# COMPLAINT
(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

SANDS BRIAN CHRISTOPHER
_____
Name (Last, First, MI)                                    Aliases

00585477
_____
Prisoner ID #

JAMES T. VAUGHN CORRECTIONAL CENTER
_____
Place of Detention

1181 PADDOCK ROAD
_____
Institutional Address

SMYRNA, DE 19977
_____
County, City                          State                   Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANTS INFORMATION

DEFENDANT 1: METZGER DANA
WARDEN - DEPARTMENT OF CORRECTIONS
1181 PADDOCK ROAD
SMYRNA, DE 19977

2: BURTON BRUCE
SECURITY CAPTAIN - DEPARTMENT OF CORRECTIONS
1181 PADDOCK ROAD
SMYRNA, DE 19977

3: HOLLIS STACIE
TREATMENT ADMINISTRATOR - DEPARTMENT OF CORRECTIONS
1181 PADDOCK ROAD
SMYRNA, DE 19977

4: MINDZ PAULO
MENTAL HEALTH ADMINISTRATOR - CONNECTIONS
1181 PADDOCK ROAD
SMYRNA, DE 19977

5- TIMME _____
DOCTOR - CONNECTIONS
1181 PADDOCK ROAD
SMYRNA, DE 19977

6: CARDEN _____
   DOCTOR __ CONNECTIONS
   1181 PADDOCK ROAD
   SMYRNA, DE 19977

7: _____ TYLER
   MENTAL HEALTH CLINICIAN __ CONNECTIONS
   1181 PADDOCK ROAD
   SMYRNA, DE 19977

8: EMBER KELM
   COUNSELOR __ DOC __ DEPARTMENT OF CORRECTIONS
   1181 PADDOCK ROAD
   SMYRNA, DE 19977

9. PARSONS RAY
   CORPORAL __ DEPARTMENT OF CORRECTIONS
   1181 PADDOCK ROAD
   SMYRNA, DE 19977

10. BECKLES _____
    SERGEANT __ DEPARTMENT OF CORRECTIONS
    1181 PADDOCK ROAD
    SMYRNA, DE 19977

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: James T. Vaughn Correctional Center.

Date(s) of occurrence: From April 2018 - Until January 2020

State which of your federal constitutional or federal statutory rights have been violated:

8th Amendment Subjection to Cruel and Unusual Punishment. Failure to Protect and ... Deliberate indifference to Serious Medical/Mental Health Needs.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: Please Note: " I am a Transgender Male, with GID "

On or about April 7, 2018 I was moved to E-Building and A-Tier Cell #18. My cell mate was Jamil Teagle " a known rapist of other men" on or about the 11 day of April, I spoke with Sgt Bentlles and Parsons making them aware I was afraid of my cell mate and he had made upsetting comments... and nothing was done.

On April 18, 2018 Jamil Teagle attempted to rape me. I was physically assaulted and had to seek medical attention from the cuts and bruises, luckily, I was able to fight him off and help came...

Due to my status in the Transitional Program, I was moved to a different tier and I do not know what happened to Teagle, I was not allowed to pursue criminal charges and I have repeatedly complained...

11 months went by and while in the Program, I suffered with my transgender and other issues and while coping with a loss I reached out for help and no one seemed to care.

I've been repeatedly seeking my hormone and other treatments and denied. Paula Minizzi, Dr. Trimme, Dr. Cardeni, Claudia N Tyler... all were


What happened to you?

Denying me 1) Adequate Mental Health and 2) Adequate Medical Treatments as a Transgender Male...

Since the attempted rape in a cell that put me in with a known jailhouse rapist, I have not been the same mentally and I am struggling day to day to cope...

I complained to security about my feelings and pressures I was afraid to talk about... I couldn't bear being a transgender male and a snitch so I had to shut up and be a part of the pressures that I was under...

I spoke with mental health defendants and security defendants and I really don't had didn't know what to do.

I've been repeatedly denied my hormone therapies and medications and in many instances i've been attacked. I feel I was singled out and told not to talk about the rape attempted rape and I have not been able to pursue any relief nor ██ defendants taken any action except to punish me.'

I was moved from E-building for using drugs "self medicating" to cope with the pressures of being a transgender and instead of help, I was punished...

I have attempted suicide twice and once cut my scrotem to take out my testicles and even as I try to control the episodes I can't and I am not getting the proper mental health nor medical treatments to address my mental health and medical transgender needs.

I've written state hotlis, capt. burton, warden metzger about sgt. bentles not reacting swift enough to safety concerns and, due to suicide attempts, i've communicated with munoz, zimmer, carden and their all to no avail.

I have not been given any hormone treatments nor proper mental health or medical treatments associated with transexualism or gender identity disorder

Who did what?

I have filed many many grievances to no avail on either level and I feel that I am being retaliated against and denied treatments that have already been approved, where...

Dr. met with Dr. William who stated that my shots and treatments are approved. I only need mental health to sign off so you can start... however...

I am ridiculed and ██████ mocked. I suffer episodes because I need help and am not getting it!

My first issue is - they knowingly housed me without regards for my health and safety as a transgender male!

My second issue is due to policy and/or lack thereof, I suffered physical and emotional injuries.

My third issue is I am being denied adequate medical and mental health treatments for i) my mental health issues ii) transgender hormonal treatments already approved by a doctor!

The aforesaid does not exhaust the claims... however Sands is very limited in his understanding of law and due to his learning disability and mental health issues ...she needs counsel to even fully advance his claims and...

without the help of another inmate ... would not be able to put forth an basic factual review to have his claims brought to the light, moreover...

Where the court has not ruled on his case, may the courts strike the first complaint and advance this amended complaint as the operative...

Was anyone else involved?

_____

_____

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?  ☑ Yes  ☐ No

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No

If no, explain why not:

GRIEVANCES RETURNED AS "NON-GRIEVABLE"

_____

_____

_____

_____

Is the grievance process completed?  ☑ Yes  ☐ No

If no, explain why not:

GRIEVANCES RETURNED AS "NON-GRIEVABLE"

_____

_____

_____

_____

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

1. EIGHT AMENDMENT - FAILURE TO PROTECT ... "FIFTY THOUSAND DOLLARS"

2. EIGTH AMENDMENT - DELIBERATE INDIFFERENCE TO SERIOUS MENTAL HEALTH NEEDS ... "FIFTY THOUSAND"

3. EIGTH AMENDMENT - DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS ... "FIFTY THOUSAND DOLLARS"

4. INJUNTIVE RELIEF - ADEQUATE POLICIES TO PROTECT TRANSGENDER MALES AGAINST RAPE AND BEING HOUSED WITH KNOWN JAILHOUSE RAPISTS ... ALSO ADEQUATE MENTAL HEALTH AND MEDICAL TREATMENTS ...

5. PUNITIVE DAMAGES IN SUM OF "ONE HUNDRED FIFTY THOUSAND DOLLARS"

## VIII.  PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☐ Yes  ☑ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

N/A

_____

_____

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

January 6, 2020
Dated

_____
Plaintiff's Signature

CHRISTOPHER B. SAWAS
Printed Name (Last, First, MI)

00535477
Prison Identification #

1181 Paddock Road, Smyrna, DE 19977
Prison Address          City          State     Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**