IN THE UNITED STATES DISTRICT COURT
DELAWARE

CHRISTOPHER SANDS
   Pro Se Plaintiff,

V.                                    Civil # 19-02151-CFC

DEPARTMENT OF CORRECTIONS et al.
   DEFENDANTS.

Re: MOTION TO APPOINT COUNSEL... SPECIAL CIRCUMSTANCES

Plaintiff "A TRANSGENDER MALE" comes now and respectfully requests the court to appoint/recruit counsel at early stage of the action where:

i. Plaintiff has a learning disability...
ii. Plaintiff without help to amend would not be able to put together a coherent review of his claims...
iii. A reasonable review of Plaintiff's mental health records reveals...
   a). ADD - ADHD
   b). Depression - Anxiety
   c). Gender Identity Dysphoria
   d). P.T.S.D...
iv. I have not been given any meds and I am very unstable.
v. I have recently attempted suicide, hearing voices, and...

I am not able to pursue my case without help...

MAY THE COURT APPOINT COUNSEL, AS...

i. I will NOT BE ABLE TO COMPLY WITH COURT RULE,
ii. I will NOT BE ABLE TO SERVE THE DEFENDANTS,
iii. I will NOT BE ABLE TO FOCUS ON THE LEGAL ISSUES...
iv. WITHOUT HELP OF ANOTHER INMATE SYMPATHETIC TO MY CAUSE, I would NOT BE ABLE TO ADVANCE THIS CASE... I NEED HELP!

MAY THE COURT RECRUIT COUNSEL WITHOUT DELAY.

DATED: JAN. 9, 2020



CHRISTOPHER B. SANDS #525477
J.T.V.C.C. 1181 PADDOCK RD.
SMYRNA, DE 19977