United States District
Court of Delaware

August 17, 2020

The Honorable Colm F. Connolly

CA No 19-2151CFC

I am writing you in regards to my safety of housing. You are presiding over my case 19-2151 CFC which deals with me being physically and sexually assaulted. Well due to that I am being retaliated against because they will not move me in E1O building do to the no contact against my assaulter. I was told by warden May I am not moving him it's not right or fare. Well about right and commitment to following their policy's to keep me safe in a safe enviroment and E1O is the safest place for me on the compound there others out there like me. Can you please help in any way since it pertains to my civil case you preside over

Thank you
Chris Jones