IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER BRIAN SANDS, | : |
|     Plaintiff, | : |
|     v. | : Civ. No. 19-2151-CFC |
| WARDEN DANA METZGER, et al., | : |
|     Defendants. | : |

**ORDER REFERRING MATTER FOR REPRESENTATION**

At Wilmington this Fourth day of November in 2020, the Court having determined that Plaintiff is appearing in this matter *pro se* because Plaintiff is unable to afford legal representation; and having further determined that it is appropriate to encourage legal representation for Plaintiff by an attorney in this case;

IT IS HEREBY ORDERED that:

Plaintiff's requests for counsel are GRANTED.  (D.I. 5, 9)

IT IS FURTHER ORDERED that:

1. The Clerk of Court is directed to attempt to refer representation of Plaintiff to a member of the Federal Civil Panel.

2. The Court's standing order and its amendments regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated herein by reference.

3. The matter is stayed pending the attempt to refer representation of the Plaintiff to a member of the Federal Civil Panel.

                                                                                     _____
                                                                                    UNITED STATES DISTRICT JUDGE