OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N KING STREET, UNIT 18
WILMINGTON, DELAWARE 19801-3570

OFFICIAL BUSINESS

WILMINGTON DE 197

04 JUN 2021 PM 1 T



FILED
JUN 15 2021
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Christopher Brian Sands
2127 Naamans Rd
Wilmington, DE 19810

NIXIE            171    DC 1         0006/12/21
          RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

BC: 19801357099       *0027-02253-04-40

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CHRISTOPHER BRIAN SANDS, :
:
Plaintiff, :
:
v. : Civ. No. 19-2151-CFC
:
DANA METZGER, et al., :
:
Defendants. :

FILED
JUN 15 2021
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ORDER**

WHEREAS, Christopher Brian Sands was a prisoner incarcerated at James T. Vaughn Correctional Center in Smyrna, Delaware, at the time he filed his civil rights complaint, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, on November 21, 2019, the Court granted Plaintiff leave to proceed *in forma pauperis* and assessed a $350.00 filing fee of (D.I. 6);

WHEREAS, on May 27, 2021, the Court was advised Plaintiff had been released from prison (D.I. 16);

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. *Robbins v. Switzer,* 104 F.3d 895, 899 (7th Cir. 1997); *see also Drayer v. Attorney General*, 81 F. App'x 429 (3d Cir. 2003).

THEREFORE, at Wilmington this Third day of June in 2021, IT IS HEREBY ORDERED that:

Within **twenty-one days** from the date of this order, Plaintiff shall either file a long form application to proceed without prepayment of fees and affidavit so that the court may determine whether he is still eligible to proceed without prepayment of the $350.00 filing fee **or** pay the filing fee owed.

**NOTE:** **Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER BRIAN SANDS, | : | |
| Plaintiff, | : : : | |
| v. | : | Civ. No. 19-2275-CFC |
| WARDEN DANA METZGER, et al., | : : : | |
| Defendants. | : | |

**ORDER**

WHEREAS, Christopher Brian Sands was a prisoner incarcerated at James T. Vaughn Correctional Center in Smyrna, Delaware, at the time he filed his civil rights complaint, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, on December 18, 2019, the Court granted Plaintiff leave to proceed *in forma pauperis* and assessed a $350.00 filing fee of (D.I. 6);

WHEREAS, on May 27, 2021, the Court was advised Plaintiff had been released from prison (*see* Civ. No. 19-2151-CFC at D.I. 16);

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. *Robbins v. Switzer,* 104 F.3d 895, 899 (7th Cir. 1997); *see also Drayer v. Attorney General*, 81 F. App'x 429 (3d Cir. 2003).

THEREFORE, at Wilmington this Third day of June in 2021, IT IS HEREBY ORDERED that:

Within **twenty-one days** from the date of this order, Plaintiff shall either file a long form application to proceed without prepayment of fees and affidavit so that the court may determine whether he is still eligible to proceed without prepayment of the $350.00 filing fee **or** pay the filing fee owed.

**NOTE: Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

_____
UNITED STATES DISTRICT JUDGE

2