IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER BRIAN SANDS, | : | |
| Plaintiff, | : : : | |
| v. | : | Civ. No. 19-2151-CFC |
| WARDEN DANA METZGER, et al., | : : : | |
| Defendants. | : | |

**ORDER**

WHEREAS, Christopher Brian Sands was a prisoner incarcerated at James T. Vaughn Correctional Center in Smyrna, Delaware, at the time he filed his civil rights complaint, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, on November 21, 2019, the Court granted Plaintiff leave to proceed *in forma pauperis* and assessed a $350.00 filing fee of (D.I. 6);

WHEREAS, on May 27, 2021, the Court was advised Plaintiff had been released from prison (*see* D.I. 16);

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. *Robbins v. Switzer,* 104 F.3d 895, 899 (7th Cir. 1997); *see also Drayer v. Attorney General*, 81 F. App'x 429 (3d Cir. 2003).

WHEREAS, on June 3, 2021, the Court entered an Order for Plaintiff, within 21 days from the date of the Order, to either file a standard form application to proceed

1

without prepayment of fees and affidavit so that the court may determine whether he is still eligible to proceed without prepayment of the balance of the $350.00 filing fee or pay the balance of the filing fee owed;

WHEREAS, the time has lapsed, and Plaintiff has not complied with the Court's June 3, 2021 Order;

THEREFORE, at Wilmington this 13th day of July 2021, IT IS HEREBY ORDERED that:

1. The Complaint is **DISMISSED** without prejudice for failure to comply with the Court's June 3, 2021 Order.

2. The Clerk of Court is directed to **CLOSE** the case.

_____
UNITED STATES DISTRICT JUDGE